No. 71–1492.  Dyal v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 71–1493.  Fhagen et al. v. Miller, Commissioner of Mental Hygiene, et al.  Ct. App. N. Y. Certiorari denied.

No. 71–1494.  Tuscany Fabrics, Inc. v. United States.  C. C. P. A.  Certiorari denied.

No. 71–1496.  Casanova Guns, Inc. v. Shultz, Secretary of the Treasury, et al.  C. A. 7th Cir.  Certiorari denied.

No. 71–1497.  Beck v. Connecticut General Life Insurance Co.  C. A. 5th Cir.  Certiorari denied.

No. 71–1498.  International Association of Machinists & Aerospace Workers et al. v. Northeast Airlines, Inc.  C. A. 1st Cir.  Certiorari denied.

No. 71–1499.  Devcon Corp. v. Woodhill Chemical Sales Corp.  C. A. 1st Cir.  Certiorari denied.

No. 71–1500.  Knox et al. v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 71–1504.  Panotex Pipe Line Co. et al. v. Phillips Petroleum Co. et al.  C. A. 5th Cir.  Certiorari denied.

No. 71–1506.  Fichman v. United States.  Ct. Cl. Certiorari denied.

No. 71–1508.  Chong Yuk Wah v. United States. C. A. 1st Cir.  Certiorari denied.